IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
EXPERIENCE HENDRIX, L.L.C.,        *
a Washington Limited Liability     *
Company, and AUTHENTIC HENDRIX,    *
LLC, a Washington Limited          *
Liability Company,                 *
                                   *
          Plaintiffs,              *
                                   *
     v.                            *      CV 416-107
                                   *
TIGER PAW DISTRIBUTORS, LLC,       *
a California Limited Liability     *
Company; SANTA PAULA               *
DISTRIBUTORS, INC.; SAVANNAH       *
DISTRIBUTING CO., a Georgia        *
Corporation; and JOE WALLACE       *
and LEON HENDRIX, individuals,     *
                                   *
          Defendants.              *
```

**O R D E R**

On May 10, 2016, the United States District Court for the Northern District of Georgia transferred the above-captioned matter to this Court. (Doc. 58.) Prior to entering its transfer order, however, the Northern District granted Plaintiffs' request for oral argument on their motion for preliminary injunction. (Doc. 33.) Accordingly, seeing no reason to proceed differently, this Court schedules oral argument on Plaintiffs' motion for **Thursday, June 2, 2016, at 1:30 p.m.** in the Third Floor Courtroom of the United States District Courthouse located at 125 Bull Street, Savannah, Georgia 31401.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of May, 2016.

*[signature]*
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia