# United States District Court
## *Southern District of Georgia*



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY 27 AM 10: 15

| | |
|---|---|
| Experience Hendrix, L.L.C., a Washington Limited Liability _____ Plaintiff | Case No. 4:16-cv-00107-JRH-GRS |
| v. Tiger Paw Distributors, LLC, a California Limited Liability, Santa _____ Defendant | Appearing on behalf of Plaintiffs _____ (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of May, 2016.

*G. R. Smith*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Michael Owen Crain |
| Business Address: | Crain Law Group, LLC |
| | Firm/Business Name |
| | 297 Prince Avenue, Suite 24 |
| | Street Address |
| | Athens    GA    30601 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 706-548-0970         193079 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | mocrain@crainlawgroup.com |