FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY 27 AM 10: 16

CLERK_____
SO. DIST OF GA.

# United States District Court
## Southern District of Georgia

Experience Hendrix, L.L.C., a
Washington Limited Liability
_____
Plaintiff

Case No. 4:16-cv-00107-JRH-GRS

v.

Tiger Paw Distributors, LLC, a
California Limited Liability, Santa
_____
Defendant

Appearing on behalf of

Plaintiffs
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 27th day of May, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| **NAME OF PETITIONER:** | Dorothy M. Weber |
| **Business Address:** | Shukat, Arrow, Hafer, Weber & Herbsman, LLP |
| | Firm/Business Name |
| | 494 Eight Avenue, Suite 600 |
| | Street Address |
| | New York   NY   10001 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 212-245-4580 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| **Email Address:** | Dorothy@musiclaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC., SAVANNAH DISTRIBUTING CO., a Georgia Corporation; JOE WALLACE and LEON HENDRIX, individuals,<br><br>Defendants. | Case No.: 4:16-cv-00107-JRH-GRS<br><br>Appearing on behalf of Plaintiffs |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Dorothy M. Weber hereby requests permission to appear pro hac vice in the subject case filed in the Civil Division of the United States District Court for the Southern District of Georgia. Petitioner states under the penalty of perjury that she is a member in good standing of the United States District Court for the Southern District of New York. Petitioner is filing a Certificate of Good Standing from that Court contemporaneously with this Application.

*Petitioner* states further that she is eligible for admission under Local Rule 83.4 and that she does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* states that she has not previously appeared as counsel in any case filed in this Court.

*Petitioner* designates Jason Carl Pedigo as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that she has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

1608167.2

This 17th day of May 2016.

_____
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Jason Carl Pedigo, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This 17th day of May, 2016

_____
Georgia Bar Number 140989
Ellis, Painter, Ratterree & Adams, LLP
912-233-9700
2 East Bryan Street, 10th Floor
Savannah, GA 31405
pedigo@epra-law.com

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>        **DOROTHY M. WEBER**        </u>, Bar # <u>    **DW4734**    </u>

was duly admitted to practice in this Court on

<u>    **JUNE 1st, 1982**    </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street  
New York, New York</u>   on   <u>**MAY 17th, 2016**</u>

<u>Ruby J. Krajick</u>    by  <u>Wayne Bowmc</u>  
Clerk                          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC., SAVANNAH DISTRIBUTING CO., a Georgia Corporation; JOE WALLACE and LEON HENDRIX, individuals, <br><br> Defendants. | Case No.: 4:16-cv-00107-JRH-GRS |

## LIST OF CASES

Applicant Dorothy M. Weber has not previously appeared as counsel in any case filed in this Court.

# United States District Court
## *Southern District of Georgia*

Experience Hendrix, L.L.C., a
Washington Limited Liability Company,
**Plaintiff**

Case No. ___4:16-cv-00107-JRH-GRS___

v. Tiger Paw Distributors, LLC, a California
Limited Liability, Santa Paula
**Defendant**

Appearing on behalf of: _____

Plaintiffs
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ___Dorothy M. Weber___ hereby requests permission to appear pro hac vice in the subject case filed in the ___Civil___ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ___Southern District of New York___. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ___Jason Carl Pedigo___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ___17th___ day of ___May___, ___2016.___

_____
(Signature of *Petitioner*)

## *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, ___Jason Carl Pedigo___, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This ___ day of _____, ____.

| | |
|---|---|
| ___140989___ | _____ |
| Georgia Bar Number | Signature of Local Counsel |
| ___912-233-9700___ | ___Ellis, Painter, Ratterree & Adams LLP___ (Law Firm) |
| Business Telephone | ___2 East Bryan Street, 10th Floor___ (Business Address) |
| | ___Savannah, GA 31401___ (City, State, Zip) |
| | ___P.O. Box 9946, Savannah, GA 31412___ (Mailing Address) |
| | ___pedigo@epra-law.com___ (Email Address) |

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, Ruby J. Krajick, Clerk of this Court, certify that

**DOROTHY M. WEBER**, Bar # **DW4734**

was duly admitted to practice in this Court on

**JUNE 1st, 1982**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at New York, New York     on     **MAY 17th, 2016**

Ruby J. Krajick
Clerk

by *[signature]*
Deputy Clerk