# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC.; SAVANNAH DISTRIBUTING CO., a Georgia Corporation; and JOE WALLACE and LEON HENDRIX, individuals, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * | CV 416-107 |

# O R D E R

On May 27, 2016, Plaintiffs filed a motion for permission to use electronic equipment at the preliminary injunction hearing scheduled for June 2, 2016. (Doc. 78.) Specifically, Plaintiffs seek to use two laptop computers, a projector, and a projection screen to present their evidence. Upon due consideration, the Court **GRANTS** Plaintiffs' motion.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of May, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA