# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC, and AUTHENTIC HENDRIX, LLC, </br></br>Plaintiffs,</br></br>v.</br></br>TIGER PAW DISTRIBUTORS, LLC, SANTA PAULA DISTRIBUTORS, INC.; SAVANNAH DISTRIBUTING CO., and JOE WALLACE and LEON HENDRIX,</br></br>Defendants. | Case No. CV416-107 |

# **ORDER**

The Court **GRANTS** all of the pending *pro hac vice* motions in this case. Docs. 68, 80, 81, & 84.

**SO ORDERED**, this 1st day of June, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA