IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC.; SAVANNAH DISTRIBUTING CO., a Georgia Corporation; and JOE WALLACE and LEON HENDRIX, individuals, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * | CV 416-107 |

**O R D E R**

On May 31, 2016, R. Bates Lovett filed a notice of substitution of counsel indicating that he will represent Defendant Leon Hendrix in place of Ranse M. Partin. (Doc. 79.) Accordingly, the Court directs the Clerk to **ADD** Mr. Lovett as counsel of record for Defendant Hendrix. However, Mr. Partin will not be removed as an attorney of record for Defendant Hendrix until he files a motion to withdraw in accordance with Local Rule 83.7.

**ORDER ENTERED** at Augusta, Georgia, this  1ST  day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA