# United States District Court
## Southern District of Georgia

EXPERIENCE HENDRIX, LLC, and AUTHENTIC HENDRIX, LLC,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-107

SANTA PAULA DISTRIBUTORS, INC.

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 21, 2016, the Plaintiff's motion for entry of stipulated consent judgment for permanent injunction is GRANTED. Judgment is hereby ENTERED against Defendant Santa Paula Distributing Co., and in favor of the Plaintiff.



June 21, 2016
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk