# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| EXPERIENCE HENDRIX LLC et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-107 |
| ) | |
| TIGER PAW DISTRIBUTORS LLC et al., ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Rule 26(f) report, the Court imposes the following deadlines in the above styled case:

| | |
|---|---|
| DATE ISSUE JOINED | 05/23/2016 |
| DATE OF RULE 26(f) CONFERENCE | 06/07/2016 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES | 07/22/2016 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | 10/14/2016 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | 11/14/2016 |
| JOINT STATUS REPORT DUE | 10/21/2016 |
| CLOSE OF DISCOVERY | 12/14/2016 |

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS,<br>**INCLUDING *DAUBERT* MOTIONS** but<br>**EXCLUDING MOTIONS IN LIMINE**<br>[30 DAYS AFTER CLOSE OF DISCOVERY] | 01/13/2017 |

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED** this 28th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA