IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| EXPERIENCE HENDRIX, L.L.C., and Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 4:16-cv-00107-JRH |
| vs. | ) ) ) | |
| TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC.; JOE WALLACE and LEON HENDRIX, individuals, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO FILE DECLARATION OF LONNIE CHARLESON UNDER SEAL

THE COURT, having considered Defendant Tiger Paw's Motion To File Declaration Of Lonnie Charleson Under Seal, and finding good cause for same:

IT IS HEREBY ORDERED that the Motion to File Declaration of Lonnie Charleson Under Seal be GRANTED and that said declaration be kept under seal for the duration of the case and any appeal, unless and until further order of this Court.

- 1 -

SO ORDERED, this 1ST day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA


Presented by:

**LAUSON & TARVER LLP**
*/s/Robert J. Lauson*
Robert J. Lauson
*Lead counsel,* pro hac vice
880 Apollo Street, Suite 301
El Segundo, CA 90245