# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company, | * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 416-107 |
| TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC.; and JOE WALLACE and LEON HENDRIX, individuals, | * * * * * * * | |
| Defendants. | * | |

# O R D E R

On August 31, 2016, Defendant Tiger Paw Distributors, LLC filed a "Motion to Compel Plaintiffs to Return of [sic] Privileged Document." (Doc. 122.) In connection therewith, Defendant Tiger Paw sought – and was subsequently allowed – to file under seal the declaration of Ms. Lonnie Charleson in support of its motion. (Docs. 121, 124, 125.) On September 7, 2016, Plaintiffs filed a motion to have the declaration of Ms. Lonnie Charleson unsealed, or in the alternative, to file under seal its response to Defendant Tiger Paw's motion to compel. (Doc. 126.)

Upon due consideration, and out of an abundance of caution, the alternative relief requested in Plaintiffs' motion (doc. 126) is **GRANTED**, and Plaintiffs' forthcoming response to Defendant Tiger Paws' motion to compel shall be kept under seal unless and until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA