| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC.; JOE WALLACE and LEON HENDRIX, Individuals,<br><br>Defendants. | CV416-107 |

## ORDER

Before the Court are two notices withdrawing previously filed motions -- defendant Tiger Paw Distributors, LLC's (Tiger Paw) withdrawal of its Motion to Compel Plaintiffs to Return Privileged Document, doc. 157, and the joint withdrawal, by plaintiffs and defendants Tiger Paw and Joe Wallace (the "joint movants"), of certain previously-filed motions, doc. 170. The Court also has before it the "Update on Pending Motions" filed by defendants Tiger Paw and Joe

1

Wallace. Doc. 171. Since Defendant Tiger Paw has withdrawn its Motion to Compel Plaintiffs to Return Privileged Document (doc. 122), that motion is **DENIED** as moot.

The joint movants have agreed to withdraw certain previously-filed motions, *see* doc. 170 at 2, pending the "restart" of the meet-and-confer process, doc. 171 at 2. But there are discrepancies between the filed "Notice" and the later-filed "Update" on the agreed-upon disposition of the motions. *Compare* doc. 170 at 2 (withdrawing doc. 150 "with prejudice"), *with* doc. 171 (omitting reference to defendants' response). The joint movants' reference to withdrawal of defendants' *opposition* to a motion "with prejudice," doc. 170 at 2, is also unclear.

Accordingly, the Court **DEFERS** ruling on any of the remaining motions. Instead, it **DIRECTS** the parties to confer and submit a proposed order reflecting their agreement disposing of any pending motions (they are free to request that motions be denied without prejudice). They must comply within 11 days of the date this Order is entered.

**SO ORDERED**, this 15th day of November, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**