IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TIGER PAW DISTRIBUTORS, LLC, a California Limited Liability Company; SANTA PAULA DISTRIBUTORS, INC., JOE WALLACE and LEON HENDRIX, individuals,<br><br>                    Defendants. | No.: 4:16-cv-00107-JRH-GRS |

## ORDER

Before this Court are four motions: Tiger Paw Distributors, LLC's ("Tiger Paw") Motion to Compel Discovery Responses (Doc. 136), Plaintiffs' Motion For A Protective Order (Doc. 148), Plaintiffs' Motion To Compel (Doc. 149), Tiger Paw's Motion For Order Precluding Plaintiffs From Offering Any Survey Evidence At Trial (Doc. 154). On November 10, 2016, the parties filed a "Joint Notice of Withdrawal of Certain Motions and Filings" in which they agreed to withdraw the above described motions, see Doc. 170 at 2, so that they may "restart" the meet-and-confer process, Doc. 171 at 2. The parties agreed that the above motions should be withdrawn without prejudice to their right to refile them in the event they are unable to resolve their discovery disputes.

Given the parties' withdrawal, the above referenced motions are hereby DENIED without prejudice to the parties' right to renew them following their meet and confer.

It is SO ORDERED this 18th day of November, 2016.

_____
1682992.1